# United States Court of Appeals for the Fifth Circuit

_____

No. 25-10389
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
December 31, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JULIO ADRIAN SANCHEZ,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-127-1

_____

Before KING, STEWART, and HAYNES, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Julio Adrian Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10389

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.